SAMANTHA CARROLL et al., Appellants, v NOSTRA REALTY CORPORATION, Respondent. (And a Third-Party Action.)

Submitted February 9, 2009; decided April 2, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Chief Judge LIPPMAN taking no part.